UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

Plaintiff,
v.                                                          Case No.:2: 13-cv-63-ftM-99DNF

COLLIER COUNTY SHERIFF KEVIN RAMBOSK,
COLLIER COUNTY AGRICULTURAL FAIR AND
EXPOSITION, INC., COLLIER COUNTY,
And SGT. GAINES MYERS,

Defendants.
_____/

## DEFENDANTS COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC. AND COLLIER COUNTY' MOTION TO COMPEL DISCOVERY UNDER RULE 37 FAILURE TO MAKE DISCLOSURES OR TO COOPERATE IN DISCOVERY

**COME NOW**, the Defendants, **COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC. AND COLLIER COUNTY,** by and through undersigned counsel, and moves this Honorable Court for the entry of an Order compelling discovery from Plaintiff herein in accordance with Rule 37 of the Federal Rules of Civil Procedure and pursuant to Local Rule 3.04, and as grounds therefore would show:

1. That Defendants propounded Interrogatories and Request to Produce upon Plaintiff on or about June 13, 2013.

2. That correspondence was sent to Plaintiff's attorney dated July 19, 2013 requesting Plaintiff's Answers to Interrogatories and Responses to Request to Produce (See Exhibit A)

3. That as of the date of the filing of this Motion, Plaintiff has failed to timely serve his complete Answer to Interrogatories and Responses to Request to Produce in accordance with Rule 33 of the Federal Rules of Civil Procedure and pursuant to Local Rule 3.03.

4. That because Plaintiff has failed to respond to this discovery, Defendant has been forced to bring this Motion before the Court and Rule 37 (4) of the Federal Rules of Civil Procedure provides for an award of expenses on such Motions.

**WHEREFORE**, the Defendants, **COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC. AND COLLIER COUNTY**, respectfully request that this Honorable Court enter its Order compelling Plaintiff to respond to said Defendants' Interrogatories and Responses to Request to Produce and awarding Defendants reasonable expenses, including attorney's fees, incurred in the bringing of this Motion.

FULMER, LEROY, ALBEE, BAUMANN PLC
Attorneys for Defendants, *Collier County Agricultural Fair & Exposition, Inc. and Collier County*
605 South Boulevard
Tampa, FL 33606
Phone: (813) 739-7130
Fax: (813) 739-7131


By: /s/ Sean M. Conahan
SEAN M. CONAHAN, ESQ.
Florida Bar No. 468878
Email: sconahan@fulmerleroy.com
SCOTT B. ALBEE, ESQ.
Florida Bar No. 0980870
Email: salbee@fulmerleroy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic service using the CM/ECF system to: Clerk of the Middle District of Florida, Fort Myers Division, 2110 First Street Ft. Myers, Florida 3390; Ray Taseff, Esq., 225 Alcazar Avenue, 2nd Floor, Coral Gables, Florida 33134, Ray TaseffPA@gmail.com, and Robert Ross, 8891 Brighton Lane, Suite 103, Bonita Springs, Florida 34135, rob@rosslawfla.net on this 4Th day of October [~~September~~], 2013.

> FULMER, LEROY, ALBEE, BAUMANN PLC
> Attorneys for Defendants, *Collier County Agricultural Fair & Exposition, Inc. and Collier County*
> 605 South Boulevard
> Tampa, FL 33606
> Phone: (813) 739-7130
> Fax:    (813) 739-7131
>
>
> By:  /s/ Sean M. Conahan
> SEAN M. CONAHAN, ESQ.
> Florida Bar No. 468878
> Email: sconahan@fulmerleroy.com
> SCOTT B. ALBEE, ESQ.
> Florida Bar No. 0980870
> Email: salbee@fulmerleroy.com



# Fulmer ⚜ LeRoy ⚜ Albee ⚜ Baumann

Ft. Lauderdale • Jacksonville • Orlando • Tampa      ATTORNEYS AT LAW

605 South Boulevard
Tampa, Florida 33606
Phone 813.739.7130 • Fax 813.739.7131
www.FulmerLeRoy.com

C. Richard Fulmer, Jr.
Michael W. Le Roy
Scott B. Albee
Gary F. Baumann
James B. Birmingham
Sean M. Conahan
Loren S. Gant
Brendan N. Keeley
W. Gregory Lockeby
Joseph J. Nagy

Gerald C. Biondi
George T. Breur
Sean M. Conahan
Nicholas P. Conto
Coleen M. Crocco
Elizabeth Droz-Stolinas
Paul M. Eza
Lance A. Garrett
Todd W. Gretton
Bradford T. Kandzer
Ethan M. Kim
Rachel E. Maples
Tera L. Radigan
C. Hunter Rawls
Thomas B. Rogers
Cory. S. Simmons

July 19, 2013

Ray Taseff, Esq.
Ray Taseff, P.A.
225 Alcazar Avenue, 2nd Floor
Coral Gables, FL 33134

    Re:    Haytham Mahmoud v. Collier County Sheriff Kevin Rambosk, Collier County Agricultural Fair & Exposition, Collier County, and Sgt. Gaines Myers
            **Our File: 13-0127**

Dear Mr. Taseff:

    Please accept this letter as our good faith attempt to resolve outstanding discovery issues and to avoid setting a Motion to Compel for hearing.

    On 6/13/2013., we sent Interrogatories and Request to Produce to your office. To date, we have not received a response to either of these discovery requests. Please provide the necessary responses to our office **within ten days** so we can avoid setting a Motion to Compel for hearing.

    Thank you for your kind attention to this matter. If you should have any questions, please do not hesitate to contact me.

                                Sincerely,

                                Sean M. Conahan, Esq.

SMC/sv

**EXHIBIT A**

Ft. Lauderdale
Phone: 954.707.4430
Fax 954.707.4431

Jacksonville
Phone 904.562.1020
Fax 904.562.1021

Orlando
Phone 407.264.7070