UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

       Plaintiff,                            Case No.:     2:13-CV-63-FTM-99DNF

v.

COLLIER COUNTY SHERIFF KEVIN RAMBOSK,
COLLIER COUNTY AGRICULTURAL FAIR AND
EXPOSITION, INC., COLLIER COUNTY
and SGT. GAINES MYERS.

       Defendants.
_____/

### NOTICE OF WITHDRAWAL OF DEFENDANTS COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC. AND COLLIER COUNTY'S MOTION TO COMPEL DISCOVERY UNDER RULE 37 FAILURE TO MAKE DISCLOSURES OR COOPERATE IN DISCOVERY

COMES NOW the Defendants, **COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC. AND COLLIER COUNTY,** by and through the undersigned counsel and hereby declares and notifies this Honorable Court and all parties that it hereby withdraws its Motion to Compel Discovery Under Rule 37 Failure to Make Disclosures or Cooperate in Discovery filed on October 4, 2013.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2013, a true and correct copy of the above was electronically filed with the Clerk of the Court, Ft. Myers Division, 2110 First Street, Ft. Myers, FL 33901 by using CM/ECF, which will send an electronic notice of filing to Ray Taseff, Esq., Ray Taseff, P.A., 225 Alcazar Avenue, 2nd Floor, Coral Gables, FL 33134, (raytaseffpa@gmail.com), Robert W. Ross, Jr., Esq., 8891 Brighton Lane, Suite 103, Bonita

Springs, FL 34135, (rob@rosslawfla.net), Summer M. Barranco, Esq., Purdy, Jolly, Guiffrda, & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304, (summer@purdylaw.com).

            FULMER, LEROY, ALBEE, BAUMANN PLC
            Attorneys for Defendants, *Collier County Agricultural Fair & Exposition, Inc. and Collier County*
            605 South Boulevard
            Tampa, FL 33606
            Phone: (813) 739-7130
            Fax: (813) 739-7131

            By: /s/ Sean M. Conahan
               SEAN M. CONAHAN, ESQ.
              Florida Bar No. 468878
              Email: sconahan@fulmerleroy.com
              SCOTT B. ALBEE, ESQ.
              Florida Bar No. 0980870
              Email: salbee@fulmerleroy.com