UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

    Plaintiff,                      Case No.:     2:13-CV-63-FTM-99DNF

v.

COLLIER COUNTY SHERIFF KEVIN RAMBOSK,
COLLIER COUNTY AGRICULTURAL FAIR AND
EXPOSITION, INC., COLLIER COUNTY
and SGT. GAINES MYERS.

    **Defendants.**
_____/

## MOTION FOR ENLARGMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT COLLIER COUNTY ARGICULTURAL FAIR AND EXPOSITION, INC.

COMES NOW Defendant, COLLIER COUNTY ARGICULTURAL FAIR AND EXPOSITION, INC., by and through its undersigned counsel, and in accordance with Federal Rule of Civil Procedure 36, and hereby files this Motion for Order enlarging time to file response to Plaintiff's First Request for Admissions to Defendant Collier County Agricultural Fair and Exposition, Inc., and in support thereof would affirmatively allege as follows:

1. Plaintiff, Haytham Mahmoud filed Plaintiff's First Request for Admissions to Defendant Collier County Agricultural Fair and Exposition, Inc. on or about December 18, 2013. *See attached Exhibit A.*

2. Pursuant to Federal Rules of Civil Procedure 36(a)(3) governing response time for Requests for Admissions, "A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a

written answer or objection addressed to the matter and signed by the party or its attorney."

3. In accordance with Federal Rules of Civil Procedure 36(a)(3), Defendant Collier County Agricultural Fair and Exposition, Inc.'s response to Plaintiff's said propounded discovery is due on January 7, 2014.

4. Undersigned counsel was unable to complete their investigation pending time to respond due to holiday closures.

5. Due to undersigned counsel's inability to communicate with said client, Defendants were unable to answer Plaintiff's Requests for Admission fully and separately under oath.

WHEREFORE, Defendant Collier County Agricultural Fair and Exposition, Inc., by and through its undersigned counsel, respectfully requests the Court to enter an Order granting a twenty (20) day extension through and including January 27, 2014 to file a response to Plaintiff's First Requests for Admission to Defendant Collier County Agricultural Fair and Exposition, Inc.

Signed on the 7th day of January, 2014.

Respectfully submitted,

By: _____
SEAN M. CONAHAN, ESQ.
Florida Bar No. 468878
Email: sconahan@fulmerleroy.com
SCOTT B. ALBEE, ESQ.
Florida Bar No. 0980870
Email: salbee@fulmerleroy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2014, a true and correct copy of the above was electronically filed with the Clerk of the Court, Ft. Myers Division, 2110 First Street, Ft. Myers, FL 33901 by using CM/ECF, which will send an electronic notice of filing to Ray Taseff, Esq., Ray Taseff, P.A., 225 Alcazar Avenue, 2nd Floor, Coral Gables, FL 33134, (raytaseffpa@gmail.com), Robert W. Ross, Jr., Esq., 8891 Brighton Lane, Suite 103, Bonita Springs, FL 34135, (rob@rosslawfla.net), Summer M. Barranco, Esq., Purdy, Jolly, Guiffrda, & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304, (summer@purdylaw.com).

FULMER, LEROY, ALBEE, BAUMANN PLC
Attorneys for Defendants, *Collier County Agricultural Fair & Exposition, Inc. and Collier County*
605 South Boulevard
Tampa, FL 33606
Phone: (813) 739-7130
Fax:    (813) 739-7131

By: _____
SEAN M. CONAHAN, ESQ.
Florida Bar No. 468878
Email: sconahan@fulmerleroy.com
SCOTT B. ALBEE, ESQ.
Florida Bar No. 0980870
Email: salbee@fulmerleroy.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:13-cv-63-FtM-99DNF

---

HAYTHAM MAHMOUD,

    Plaintiff,

vs.

COLLIER COUNTY SHERIFF KEVIN RAMBOSK, *et al.*,

    Defendants.

---

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT COLLIER COUNTY AGRICULTURAL FAIR AND EXPOSITION, INC.

---

The Plaintiff through the undersigned attorney and pursuant to Federal Rule of Civil Procedure 36 propounds the following Requests for Admissions to Defendant Collier County Agricultural Fair and Exposition, Inc., to be answered fully and separately under oath within 30 days from the date of service.

The Plaintiff requests that these Requests for Admissions be admitted, denied or objected to in good faith, and if objected to, the reason thereof shall be stated. Where a particular matter can be admitted in part with a qualified denial, same should be done. The Plaintiff gives notice that pursuant to Federal Rule of Civil Procedure 37, Plaintiff will seek reasonable attorney's fees and expenses incurred in proving the truth of the matters requested to be admitted but denied in response to these requests for admissions.



EXHIBIT A

## DEFINITIONS

For the purpose of this Request for Admissions, the following definitions shall apply:

1. "Fair" refers to the Defendant Collier County Agricultural Fair and Exposition, Inc., or the annual fair/event presented by and operated by Defendant Collier County Agricultural Fair and Exposition, Inc.

## REQUEST FOR ADMISSIONS

REQUEST NO. 1: The Collier County Agricultural Fair and Exposition, Inc. was created and organized pursuant the state authority granted by Sec. 616, Fla. Stat.

REQUEST NO. 2: The Collier County Agricultural Fair and Exposition, Inc. was incorporated pursuant the legal requirements of Sec. 616.01, Fla. Stat.

REQUEST NO. 3: The Charter creating the Collier County Agricultural Fair and Exposition, Inc. was duly approved by the Florida Department of Agriculture and Consumer Services, the Collier County Board of County Commissioner, and a judge of the Circuit Court pursuant the legal requirements of Sec. 616.01, Fla. Stat.

REQUEST NO. 4: The accounts and records of the Collier County Agricultural Fair and Exposition, Inc. are duly reviewed and submitted to the Florida Department of Agriculture and Consumer Services by the appropriate financial officer as required by Sec. 616.101, Fla. Stat.

REQUEST NO. 5: The business practices of the Collier County Agricultural Fair and Exposition, Inc. are subject to and regulated by the trade standards set forth in in Sec. 616.241, Fla. Stat.

REQUEST NO. 6: The business practices of the Collier County Agricultural Fair and Exposition, Inc. are subject to and regulated by the safety standards set forth in in Sec. 616.242, Fla. Stat.

REQUEST NO. 7: Any proposed amendments to the by-laws of the Charter and the articles of incorporation of the Collier County Agricultural Fair and Exposition, Inc. must be approved by the Collier County Board of County Commissioners pursuant to the legal requirements of Sec. 616, Fla. Stat.

REQUEST NO. 8: On June 26, 2007, the Collier County Board of County Commissioners approved the amendments to the by-laws of the articles of incorporation of the Collier County Agricultural Fair and Exposition, Inc.

REQUEST NO. 9: The Collier County Agricultural Fair and Exposition, Inc. leases the property upon which it holds the annual Collier County Fair from Collier County and pays an annual rent of $1.00 per year.

REQUEST NO. 10: Pursuant to the lease agreement between the Collier County Agricultural Fair and Exposition, Inc. and Collier County, all improvements and additions to the property made by the Fair become the property of Collier County and inure to the benefit of Collier County.

REQUEST NO. 11: Thousands of people each year attend the annual Collier County Fair which is presented and operated by the Collier County Agricultural Fair and Exposition, Inc.

Respectfully submitted,

/s/ Ray Taseff
Ray Taseff
Florida Bar No. 352500
Ray Taseff, P.A.
225 Alcazar Avenue, 2nd Floor
Coral Gables, Florida 33134
786-3639020 (Phone)
786-363-9040 (Fax)
RayTaseffPA@gmail.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail and by US mail, this 18th day of December, 2013 to: Sean Conahan, Fulmer, Leroy Albee Baumann, PLC, 605 South Boulevard, Tampa, Fl. 33606, sconahan@fulmerleroy.com, Attorney for Defendants Collier County and Collier County Agricultural Fair and Exposition, Inc., and Summer Barranco, Purdy, Jolly, Guifreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304, summer@purdylaw.com, Attorney for Defendants Sheriff and Myers.

/s/ Ray Taseff
Ray Taseff