UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

    Plaintiff,

v.                                               Case No:   2:13-cv-63-FtM-38DNF

COLLIER COUNTY SHERIFF KEVIN
RAMBOSK, COLLIER COUNTY
AGRICULTURAL FAIR AND
EXPOSITION, INC., COLLIER COUNTY
and GAINES MYERS,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Mediation Report (Doc. #38) filed on January 29, 2014. The Mediator, Donna Tisch, indicates in the report that "[t]he case was dismissed by the plaintiff against Defendant, Collier County only" and that the remainder of the parties reached an impasse with regard to the remaining claims. (See Doc. #38). Since this notice does not comply with Rule 41 of the Federal Rules of Civil Procedure, this matter is not dismissed against Defendant Collier County. The Parties shall file a notice of dismissal pursuant to Rule 41 to properly dismiss the claims against Defendant Collier County.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.