UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

    Plaintiff,

v.                                           Case No: 2:13-cv-63-FtM-38DNF

COLLIER COUNTY SHERIFF KEVIN
RAMBOSK, COLLIER COUNTY
AGRICULTURAL FAIR AND
EXPOSITION, INC., COLLIER
COUNTY and GAINES MYERS,

    Defendants.
_____/

### ORDER[1]

Pursuant to the Court's Standing Order, "[a] party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers." (Doc. #3). To date, the Court has not received a courtesy copy of the Parties' motions for summary judgment and the accompanying exhibits, over 400 pages worth of documents. (Doc. #40; Doc. #41; Doc. #42; Doc. #44; Doc. #47; Doc. #50; Doc. #51).

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

The Parties shall provide a courtesy copy of the motions for summary judgment, all accompanying exhibits, and all responses no later than **Friday, March 7, 2014**. (See e.g., Doc. #40; Doc. #41; Doc. #42; Doc. #44; Doc. #47; Doc. #50; Doc. #51).

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2