UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

    Plaintiff,

v.                                                Case No: 2:13-cv-63-FtM-38DNF

COLLIER COUNTY SHERIFF
KEVIN RAMBOSK, COLLIER
COUNTY AGRICULTURAL FAIR
AND EXPOSITION, INC. and
GAINES MYERS,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Joint Notice of Agreement to Participate in Settlement Conference before U.S. Magistrate Judge (Doc. 72) filed on June 25, 2014.

Upon consideration, it is now

**ORDERED:**

This matter is referred to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. The parties are directed to contact Judge Mirando's chambers to arrange for a mutually agreeable time to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

conduct the settlement conference. The trial remains scheduled for the August 2014 trial term.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
Hon. Carol Mirando
All Parties of Record