UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYTHAM MAHMOUD,

    Plaintiff,

v.                                        Case No:   2:13-cv-63-FtM-38DNF

COLLIER COUNTY SHERIFF
KEVIN RAMBOSK, COLLIER
COUNTY AGRICULTURAL FAIR
AND EXPOSITION, INC. and
GAINES MYERS,

    Defendants.
_____

## ORDER

Before the Court is Defendant, Collier County Agricultural Fair and Exposition, Inc.'s ("Agricultural Fair") Unopposed Motion to Allow Representative of the Client to be Available for Settlement Conference Via Telephone (Doc. 77) filed on July 14, 2014.  A settlement conference has been scheduled before the undersigned for July 21, 2014.  Defendant Agricultural Fair requests that its insurance adjuster with Great American Insurance Group, located in Batavia, Ohio, be allowed to participate in the settlement conference by telephone.  If granted, Defendants state that the adjuster who has full settlement authority will appear telephonically for the pendency of the settlement conference.

The use of telephonic hearings and conferences is generally encouraged.  M.D. Fla. Rule 3.01(I).  Further, Local Rule 9.01(b) provides that it is "the purpose of the Court, through adoption and implementation of [Local Rule 9.01], to provide for an

alternative mechanism for the resolution of civil disputes . . . with resultant savings in time and costs to the litigants and to the Court. . . ." M.D. Fla. Rule 9.01(b). Because the parties are in agreement regarding the telephonic appearance and counsel's representation that the adjuster is willing to participate throughout the settlement conference, the Court will grant the Motion. The adjuster shall remain available throughout the *entirety* of the settlement conference.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant, Collier County Agricultural Fair and Exposition, Inc.'s Unopposed Motion to Allow Representative of the Client to be Available for Settlement Conference Via Telephone (Doc. 77) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of July, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record